# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| J.K.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RAMADA WORLDWIDE, INC.; and NEWTEL V CORPORATION d/b/a Ramada Limited Suites;<br><br>　　　　　Defendants. | Civil Action File No.<br>1:23-cv-00108-TWT |

## ENTRY OF APPEARANCE OF ADDITIONAL COUNSEL

COME NOW, Roger E. Harris and Kori E. Wagner of Swift, Currie, McGhee & Hiers, LLP, and hereby enter their appearance as additional counsel of record for Defendant Newtel V Corporation in the above-styled action. Dana M. Richens of Smith, Gambrell & Russell, LLC, will remain as lead counsel of record. It is requested that the Clerk of the Court and all parties and their counsel include the undersigned on all future notices and pleadings, as follows:

Roger E. Harris<br>
Kori E. Wagner<br>
Swift, Currie, McGhee & Hiers, LLP<br>
1420 Peachtree Street, N.E.<br>
Suite 800<br>
Atlanta, Georgia 30309<br>
roger.harris@swiftcurrie.com<br>
kori.wagner@swiftcurrie.com

This 5th day of April, 2023.

                Respectfully submitted,

                SWIFT, CURRIE, McGHEE & HIERS

                <u>*/s/ Kori E. Wagner*</u>
                Roger E. Harris
                Georgia State Bar No. 331302
                Kori E. Wagner
                Georgia State Bar No. 155438
                *Additional Counsel for Defendant*
                *Newtel V Corporation*

1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Phone: (404) 874-8800
Fax: (404) 888-6199
roger.harris@swiftcurrie.com
kori.wagner@swiftcurrie.com

## CERTIFICATION PURSUANT TO L.R. 7.1D

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel for Defendant hereby certify that the above and foregoing submission is a computer document prepared in Times New Roman (14 point) font and in accordance with Local Rule 5.1B.

This 5th day of April, 2023.

        Respectfully submitted,

        SWIFT, CURRIE, McGHEE & HIERS

        */s/ Kori E. Wagner*
        Roger E. Harris
        Georgia State Bar No. 331302
        Kori E. Wagner
        Georgia State Bar No. 155438
        *Additional Counsel for Defendant*
        *Newtel V Corporation*

1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Phone: (404) 874-8800
Fax: (404) 888-6199
roger.harris@swiftcurrie.com
kori.wagner@swiftcurrie.com

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a true and accurate copy of *Entry of Appearance* with the Clerk of Court using the CM/ECF System. The clerk will serve opposing counsel as follows:

| | |
|---|---|
| Matthew B. Stoddard<br>M. Janine Bell<br>The Stoddard Firm<br>1534 N. Decatur Road<br>Atlanta, GA 30307<br>matt@legalhelpga.com<br>janine@legalhelpga.com<br>*Attorneys for Plaintiff* | David S. Sager<br>DLA Piper, LLP<br>51 John F. Kennedy Parkway<br>Suite 120<br>Short Hills, NJ 07078<br>David.sager@dlapiper.com<br>*Attorney for Defendant Ramada Worldwide, Inc.* |
| Dana M. Richens<br>Smith, Gambrell & Russell, LLC<br>1105 W. Peachtree Street NE<br>Suite 1000<br>Atlanta, GA 30309<br>drichens@sgrlaw.com<br>*Attorney for Defendant Newtel V Corporation* | Brendan G. Krasinski<br>DLA Piper, LLP<br>1201 W. Peachtree Street NE<br>Suite 2900<br>Atlanta, GA 30309<br>Brendan.krasinski@dlapiper.com<br>*Attorney for Defendant Ramada Worldwide, Inc.* |

This 5th day of April, 2023.

Respectfully submitted,

SWIFT, CURRIE, McGHEE & HIERS

/s/ Kori E. Wagner
Roger E. Harris
Georgia State Bar No. 331302
Kori E. Wagner

                                                         Georgia State Bar No. 155438
*Additional Counsel for Defendant Newtel V Corporation*

1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Phone: (404) 874-8800
Fax: (404) 888-6199
roger.harris@swiftcurrie.com
kori.wagner@swiftcurrie.com

4884-2971-1195, v. 1